Cathy Lusk, Clerk
12th Court of Appeals
1517 West Front Street, Suite 354
Tyler, Tx 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 04 2015

TYLER TEXAS
CATHY S. LUSK, CLERK



Dear Cathy Lusk

I   Marquel Scott(#1908010)  is  writting  you  for  a
request   documents   of  Docket  sheet  for  appeal
case  status : Smith Co  #007-0154-13

Sincerely
Marquel Scott
Marquel Scott

Name : Marquel Scott
TDCJ : 0190810
Address : 3872 Fm 350 South
City : Livingston
State : Tx
Zip : 77351